No. 143, Misc. KUBUS v. SWENSON, WARDEN. Supreme Court of Minnesota. Certiorari denied.

No. 145, Misc. SYKES v. PEPPERSACK, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 149, Misc. OWENS v. MAYO, PRISON CUSTODIAN. Supreme Court of Florida. Certiorari denied.

No. 151, Misc. BLACKMORN v. MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 155, Misc. DRAISNER v. LISS REALTY CO., INC. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Everett M. Raffel* for petitioner.

No. 157, Misc. WILLIAMS v. LOONEY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 165, Misc. BOBO v. CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 167, Misc. KAMROWSKI v. ILLINOIS. Supreme Court of Illinois. Certiorari denied.

No. 169, Misc. LINDSEY v. ST. PAUL MERCURY INDEMNITY Co. C. A. 5th Cir. Certiorari denied.

No. 173, Misc. FRIDAY v. MOORE, WARDEN. Court of Criminal Appeals of Texas. Certiorari denied.